CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HYUNSUK ALBERT CHANG (SBN: 206270)
albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN: 312972)
mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendants
Laurie Industries LLC and Carson Uniform & Fashion, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAURIE INDUSTRIES LLC, a Delaware Limited Liability Company; CARSON UNIFORM & FASHION, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-00348-ODW-RAO<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

10

11 Dated: June 11, 2018                CENTER FOR DISABILITY ACCESS

12
                                       By:  /s/ Phyl Grace
13                                          Phyl Grace
                                            Attorneys for Plaintiff
14

15 Dated: June 11, 2018                LAW OFFICES OF ALBERT CHANG

16
                                       By:/s/ Mariam Saqebi _____
17                                         Hyunsuk Albert Chang
                                           Mariam Alami Saqebi
18                                         Attorneys for Defendants
                                           Laurie Industries LLC and Carson
19                                         Uniform & Fashion, LLC

20
21
22
23
24
25
26
27
28

1
2

**SIGNATURE CERTIFICATION**

3
4
5
6

I hereby certify that the content of this document is acceptable to Mariam Alami Saqebi, counsel for Laurie Industries LLC and Carson Uniform & Fashion, LLC, and that I have obtained Ms. Saqebi's authorization to affix her electronic signature to this document.

7
8  Dated: June 11, 2018                    CENTER FOR DISABILITY ACCESS
9
10                                          By:  /s/ Phyl Grace
11                                               Phyl Grace
                                                 Attorney for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28